# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa, <br><br> *Defendants*. | No. 4:25-cv-00211 <br><br> **UNOPPOSED MOTION FOR OVER-LENGTH BRIEF** |

Plaintiffs respectfully move for leave to file a brief in support of their Motion for Temporary Restraining Order and Preliminary Injunction that exceeds the page limit set by Local Rule 7(h). In support of this motion, Plaintiffs state:

1. This case presents urgent and complex constitutional and statutory questions concerning Iowa's newly enacted Senate File 383 ("SF 383"), which is scheduled to take effect on July 1, 2025.

2. The statute is unusually sweeping in scope. It regulates not only pharmacy benefit managers ("PBMs"), but also directly imposes new obligations and prohibitions on health benefit plans, plan sponsors, third-party administrators, and covered persons. The breadth and novelty of SF 383's provisions require substantial explanation, particularly as the legal challenge is based on both ERISA preemption and the First Amendment.

3. Plaintiffs have worked to keep the brief as concise as practicable, but due to the scope of the law and the short time available before the law's effective date, Plaintiffs request a

19-page extension beyond the default page limit to ensure that the Court has the information needed to fully consider the request for emergency relief.

4. Counsel for Plaintiffs conferred with counsel for Defendant, who does not resist this request.

WHEREFORE, Plaintiffs respectfully request that the Court grant leave to file the attached overlength brief in support of their Motion for Temporary Restraining Order and Preliminary Injunction.

>Respectfully submitted,
>
>*/s/ Ryan G. Koopmans*
>Ryan G. Koopmans
>KOOPMANS LAW GROUP, LLC
>500 East Court Ave., Suite 420
>Des Moines, IA  50309
>Telephone: (515) 978-1140
>Email: ryan@koopmansgroup.com
>
>Anthony F. Shelley (*pro hac vice* application forthcoming)
>Joanne Roskey (*pro hac vice* application forthcoming)
>DeMario M. Carswell (*pro hac vice* application forthcoming)
>MILLER & CHEVALIER CHARTERED
>900 Sixteenth St., NW
>Washington, DC  20006
>Telephone:  (202) 626-5800
>Email: ashelley@milchev.com
>
>*Counsel for Plaintiffs Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on June 26, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Eric H. Wessan
Patrick C. Valencia
Iowa Department of Justice
1305 E. Walnut Street
Des Moines, IA 50319
515-823-9117 (E. Wessan)
515-281-8770 (P. Valencia)
Email: eric.wessan@ag.iowa.gov
Email: patrick.valencia@ag.iowa.gov

*Counsel for Defendant*

                                              */s/ Ryan G. Koopmans*
                                              Ryan G. Koopmans