UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

|  |  |  |
|---|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*, | ) ) ) ) ) | |
| Plaintiffs, | ) ) | No. 4:25-cv-00211 |
| v. | ) ) | **Notice of Iowa Association of Business and Industry Membership** |
| DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa, | ) ) ) ) | |
| Defendants. | ) ) ) | |

Per the Court's order (ECF No. 17), attached is a list of the members of the Iowa Association of Business and Industry.

*/s/ Ryan G. Koopmans*
Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 East Court Ave., Suite 420
Des Moines, IA  50309
Telephone: (515) 978-1140
Email: ryan@koopmansgroup.com

Anthony F. Shelley (*pro hac vice* application forthcoming)
Joanne Roskey (*pro hac vice* application forthcoming)
DeMario M. Carswell (*pro hac vice* application forthcoming)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St., NW
Washington, DC  20006
Telephone:  (202) 626-5800
Email: ashelley@milchev.com

*Counsel for Plaintiffs Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on July 1, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Eric H. Wessan  
Patrick C. Valencia  
Iowa Department of Justice  
1305 E. Walnut Street  
Des Moines, IA 50319  
515-823-9117 (E. Wessan)  
515-281-8770 (P. Valencia)  
Email: eric.wessan@ag.iowa.gov  
Email: patrick.valencia@ag.iowa.gov  

*Counsel for Defendant*

                                                          */s/ Ryan G. Koopmans*  
                                                          Ryan G. Koopmans

| Company Name |
| --- |
| 10Fold Architecture and Engineering |
| 21st Century Rehab, PC |
| 3M |
| 3rd Degree Screening, Inc. |
| 5L Performance Group |
| A to Z Drying |
| A.Y. McDonald Mfg. Co. |
| Access Energy Cooperative |
| Accumold LLC |
| Accuro Solutions |
| AddingZEROS Executive Development |
| ADF Systems, LTD. |
| Advance Services, Inc. |
| Advanced Automation, Inc. |
| Aflac |
| Ag Ventures Alliance |
| AGP / Ag Processing Inc. |
| Agri Drain Corporation |
| Agri-Industrial Plastics Co. |
| Ajinomoto Health & Nutrition North America |
| All Types Logistics, LLC |
| Alliant Energy |
| Allsteel |
| ALM Positioners, Inc. |
| Alter Logistics Company |
| Alter Trading Corporation |
| Altria Client Services LLC |
| Altus CXO |
| Amazon |
| American Chemistry Council |
| American Council of Engineering Companies of Iowa |
| American Fuel & Petrochemical Manufacturers |
| American Packaging Corporation |
| American Petroleum Institute |
| American Pop Corn Co. |
| American Property Casualty Insurance Assoc. (APCIA) |
| American Solutions for Business |

American Tort Reform Association
America's Cultivation Corridor
Ames Regional Economic Alliance
Amsted Rail
Anderson Erickson Dairy Co.
Anthologic
Arconic
Associated Computer Systems, Ltd. (ACS)
Associated General Contractors of Iowa
Association of Equipment Manufacturers (AEM)
AssuredPartners
AT&T
Atlantic Coca-Cola Bottling Company
ATW Training Solutions
Auto-Jet Muffler Corp.
Baker Group
Bank Iowa Corporation
Bank of America
Bankers Trust
Bartlett Instrument
Barton Solvents, Inc.
Baton Global
Bayer Crop Science
BCC Advisers
Behn Ridge Systems, Inc.
Belin McCormick P.C.
Bemrich Electric
Bing Bang
Bison Equity Group
Black Fox Technology Inc.
Black Hills Energy
Blue-9 Pet Products
Bodeans Wafer Company, LLC
Boyd Jones
Breiholz Construction Company
Bridgestone Americas, Inc.
BrownWinick
Bunge North America, Inc.
Business Record
Camblin Mechanical, Inc.

Canadian National Railway Company / CN
Capital Sanitary Supply Co. Inc.
Capture Management Solutions
Cardinal IG Company
Cargill, Inc.
Carl A. Nelson & Company / CANCO
Carson Wealth
Casey's General Stores, Inc.
Cashatt Warren Family Law, P.C.
Cass/Atlantic Development Corp.
Caterpillar, Inc.
CCB Packaging, Inc.
CCMSI
Cedar Rapids Bank & Trust
Cedar Rapids Metro Economic Alliance
Cemen Tech, Inc.
Central College
CENTRO, Inc.
CEO Independent Advisor, LLC
CF Industries Nitrogen LLC
CFO Systems, LLC
Chevron
CIBC Bank USA
Cigna
CIPCO-Central Iowa Power Cooperative
CIRAS
CIT Signature Transportation
Clean Grid Association
CliftonLarsonAllen LLP
Climax Molybdenum Co.
Clinton Community College
Clow Valve Co.
CMBA Architects
Coilcraft, Inc.
Colewell Automation
Collins Aerospace
Commerce Bank
Community Bankers of Iowa
Community Colleges for Iowa
Community Savings Bank

- Community State Bank
- ConAgra Brands
- Conductix-Wampfler
- Confluence
- Conlon Construction
- Connectify HR
- Consulate General of Canada
- Consumers Energy
- Continental Cement Co.
- Corn Belt Power Cooperative
- CornerPost Marketing
- Cornerstone Government Affairs
- Corridor Media Group
- Corteva Agriscience
- Cottingham & Butler, Inc. / SisCo
- Council Bluffs Area Chamber of Commerce
- Country Maid
- Cox
- Cozzini
- CRB
- Creative Planning Business Services
- Crystal Clean
- Crystal Clear Water, Inc.
- Crystal Cold
- Curbtender
- Curries Division of AADG, Inc.
- Cushman & Wakefield Iowa Commercial Advisors
- Dana Company/The
- Dane Street
- De Jong Manufacturing, Inc.
- de Novo Marketing
- Deaf Services Unlimited, Inc.
- Dean Snyder Construction
- Deco Products Company LLLP
- Dee Zee, Inc.
- Deere & Company
- Deloitte
- Delta Dental of Iowa
- Den Hartog Industries, Inc.
- Dentons Davis Brown

Des Moines Area Community College
Des Moines Orthopedic Surgeons
Des Moines Performing Arts
Dexter Laundry
Diamond V Mills, Inc.
Diamond Vogel Paint
DICA Marketing Co. Inc.
Dickinson, Bradshaw et al.
Dickson Industries, Inc.
Discover Ames
DoorDash
Downing Construction Inc.
Dubuque Bank & Trust Company
Dupaco Community Credit Union
East Penn Manufacturing Co., Inc.
Eastern Iowa Community College District
Eastern Iowa REC
Economy Advertising Company
EFCO Corp.
EHS Support Source
Eide Bailly, LLP
Eide Walton
EIDP, Inc.
Electronic Engineering
Elkhart Plastics, Inc.
Embassy Suites Des Moines Downtown
EMC Insurance Companies
Emerson
Employee & Family Resources (EFR)
Energy Transfer LP
Engineered Building Design, L.C.
Estes Construction
Exec 1 Aviation
Express Logistics, Inc.
Faegre Drinker
Fairfield Economic Development Association
Faith Baptist Bible College & Seminary
Far Reach
Farmers Mutual Hail Insurance Company of Iowa
FBi Buildings

Federation of Iowa Insurers
FedEx Corporation
FIN Strategies
First Bank
First Interstate Bank
First National Bank
First Whitney Bank and Trust
Fitness Sports
Five Seasons Media LLC
Forest City Economic Development
Forvis Mazars
Fratco, Inc.
Fredrikson & Byron, P.A.
fullCIRCLE creative + coaching, LLC
G&A Partners
Garden & Associates LTD
Garman Partners
Geater Machining & Mfg., Co.
Gelita USA Inc.
Genentech, Inc.
General Mills Operations Inc.
Genova Technologies
Gerdau
GHD
Gilliland Group at RBC Wealth Management
Google
Graham Construction Central Iowa Office
Grand View University/The Jacobson Institute
Greater Burlington Partnership
Greater Des Moines Partnership
Greater Dubuque Development Corporation
Greater Fort Dodge Growth Alliance
Greater Iowa City, Inc.
Greater Muscatine Chamber of Commerce & Industry
Greater Ottumwa Partners in Progress
Green Products Co.
GreenState Credit Union
Grinnell Mutual Reinsurance Company
Grow Cedar Valley
GrowClinton

GROWMARK, Inc.
Guarantee Roofing, Siding, and Insulation Co., LLC
Guthrie County Rural Electric Cooperative Assn
Hancock County Economic Development Corp
Hanigan Law Group, PLC
Hansen McClintock & Riley
Harlan Newspapers
Hawkeye Community College
Hawkeye Steel Products, Inc.
HCM Plastics Inc.
HDH Advisors, LLC
HealthPartners
Heart of America Group
Hearth Technologies - Mt. Pleasant
Heartland Companies
Heidelberg Materials US Cement LLC
Helena Industries, LLC
Henkel Construction Company
Henning Companies, LLC
Henningsen Construction, Inc.
Heuss Printing, Inc.
Hills Bank and Trust Company
HNI Corporation
HNTB Corporation
Hockenberg Search
Hog Slat, Inc. - Midwest Division
Holmes, Murphy & Associates, Inc.
Home Builders Association of Iowa
Homemakers Plaza Incorporated
HON Company, The
Honkamp, P.C.
Hormel Foods Corporation
Hubbell Realty Company
Ideal Energy Inc.
IFP Motion Solutions Inc.
In the Bag
Indian Hills Community College
intellicents
International Paper Company
Interpower Corporation

Interstates
Invenergy Renewables LLC
INVISION Architecture Ltd.
Iowa American Water Company
Iowa Area Development Group L.L.C.
Iowa Association of Electric Cooperatives
Iowa Bankers Association
Iowa Biotech Association
Iowa Business Growth Company
Iowa Central Community College
Iowa College Foundation
Iowa Communications Alliance
Iowa Credit Union League
Iowa Gaming Association
Iowa Governor's STEM Advisory Council
Iowa Grocery Industry Association
Iowa Illinois Safety Council
Iowa Institute for Cooperatives
Iowa Jobs for America's Graduates (iJAG)
Iowa Lakes Community College
Iowa Lakes Corridor Development Corp.
Iowa Lakes Electric Cooperative
Iowa Lean Consortium
Iowa Limestone Producers Assn.
Iowa Mold Tooling Co.
Iowa Motor Truck Association
Iowa Northern Railway Company
Iowa Optometric Association
Iowa Premium LLC
Iowa Propane Gas Association
Iowa Restaurant Association
Iowa Select Farms, L.P.
Iowa Small Business Development Centers
Iowa Society of CPAs
Iowa Soybean Association
Iowa Spring Manufacturing, Inc.
Iowa Taxpayers Association
Iowa Utility Association
Iowa Valley Community College District
Iowa Western Community College

ISG
ISU Research Park
ITA Group, Inc.
ITC Midwest
Jackson Mfg., Inc.
Jim Pattison Lease
JLL
JM Tax Advocates
Johnson Machine Works
Joyce Consulting, Inc.
JPMorgan Chase Bank
Kading Properties
KEDbluestone
Keen Project Solutions
Kemin Industries, Inc.
Kendall Hunt Publishing/Westmark Enterprises, Inc.
Kent Worldwide
Kiefer Manufacturing
Kinetic Action Partners
Kinetic Technologies LLC
King's Material, Inc.
Kinzler Corporation
Kirkwood Community College
Klauer Manufacturing Co.
Klinger Companies, Inc.
Koch Inc.
Kreg Tool Company
Kuder Incorporated
Kum & Go
Kwik Trip, Inc./Kwik Star
Landus Cooperative
Lane & Waterman LLP
Larson Construction Co., Inc.
Lauridsen Group (LGI)/The
LDJ Manufacturing
Lean TECHniques, Inc.
Lean Training and Consulting
Legacy Bridge Private Family Offices
LeMar Industries
Lennox Manufacturing Inc.

Lessing-Flynn
Life Line Emergency Vehicles
Lincoln Savings Bank
Lisle Corporation/EZ Way, Inc.
Lola's Fine Sauces Inc
Lomont Molding, LLC
LS2group
Lumen
LyondellBasell Industries
Magna International
Maintainer Corporation of Iowa, Inc.
MakuSafe Corporation
Manatt's Construction Company, Inc.
Marion County Development Commission
Marion Economic Development Corporation
Marshalltown Area Chamber of Commerce
Martin Marietta Materials
Mason City Area Chamber of Commerce
Master Builders of Iowa
McGrath North
McKee, Voorhees & Sease P.L.C.
Meidh Corporation
Merchants Distribution Service
MercyOne
Meridian Business
Merrill Manufacturing Co.
Meta
Metalcraft, Inc.
MH Equipment Company
MHCS
Microsoft Corporation
MidAmerican Energy Company
Midland Power Cooperative
Midwest Speakers Bureau, Inc.
MidWestOne Bank
Mills-Shellhammer-Puetz
Miron Construction
Missouri River Energy Services
MMIT Business Solutions Group
Momentum Studios

Mount Pleasant Area Chamber Alliance
Muscatine Power and Water
Musco Corporation
NAI Iowa Realty Commercial
National Federation of Ind. Bus.
NCMIC Group, Inc.
NCP Inc
Nelson Co.\The
Nelson Electric Company LC
Neumann Brothers, Inc.
Neumann Monson Architects
Newton Development Corporation
Next Level Ventures
NextEra Energy Duane Arnold Energy Center
Nishnabotna Valley REC
Norplex-Micarta
North Central NATO
North Iowa Area Community College
North Iowa Corridor EDC
North Risk Partners
Northeast Iowa Community College
Northwest Bank
Northwest Iowa Community College
Northwest Iowa Power Cooperative
Nutriom, LLC
Nyemaster Goode, P.C.
OCI Nitrogen Iowa
O'Halloran International, Inc.
Olsson
Origin Design
Osmundson Mfg. Co.
Ossian, Inc.
Outcome Consulting
Palmer Candy Co.
Palmer Group
Parks Marina
Paychex PEO
Pella Corporation
PepsiCo, Inc./Quaker Oats
Percipio Workforce Solutions

Pharmaceutical Care Management Association
Phelps USA
Phillip Morris International
PIECO Incorporated
Pigott
Plasticology LLC
Plastics Unlimited
Powers Manufacturing Co.
Prairie Capital Advisors, Inc.
Prairie Meadows Racetrack & Casino
Precision Inc.
Precision Metal Works
Price Electric
Principal
Principal® Financial Network of Central Iowa
Printing Industry Midwest
Private Wealth Asset Management
ProCircular, Inc.
Product Development Partners, LLC
Products Inc.
Progressive Processing-Dubuque
Proliant Meat Ingredients
QPS Employment Group
R & R Realty Group
Raccoon Valley Electric Cooperative
Rada Mfg. Co.
Ramco Innovations
Ranco Fertiservice, Inc.
Ranger Power
Rasch Construction Inc.
Raymon Enterprises, Inc.
Rayser Holdings, Inc.
RDG Planning and Design
Recoop Disaster Insurance
Red Boot Distillery
Red Star Yeast Co.
REF Iowa
Rice Companies
Riley Resource Group
Ritchie Industries

Riverstone Group, Inc.
ROC Management & Associates
RockWay Wealth Partners
Rosenboom Machine & Tool Inc.
RSM US LLP
Ruan
Russell
Ryan Companies US, Inc.
Salary.Com LLC
Schemmer Associates
Schildberg Construction Company, Inc.
Security National Bank of Iowa
Segra
Seneca Foundry, Inc.
ServiceMaster by Rice
Sethness Roquette
SHAZAM
Sheet Metal Contractors of Iowa Inc.
Shelby County Chamber of Commerce & Industry
Shine Bros. Corp.
Shive Hattery, Inc.
Signarama-Ankeny/YESCO Des Moines
Silver Shutter Productions
Simpson College
Siouxland Chamber of Commerce
SMIco Pallet & Sawmill
Soap Creek Resources
Solventum
SOO Green HVDC Link
Sorem Mfg. Co.
Southeastern Community College
Southwestern Community College
Spencer Municipal Utilities
Spindustry
SSAB Americas
Standard Distribution Co.
Standard Golf Co.
Stanley Consultants
State Steel
Steffensmeier Welding & Manufacturing, Inc.

Stellar Industries, Inc
Storey Kenworthy | Workspace
Story Construction
Strategic America
Strategic Insights Inc.
Straub Marketing
Sudenga Industries, Inc.
Sukup Manufacturing Co.
Sullivan & Ward, P.C.
Summit Carbon Solutions
Swartz + Associates
Tassel Ridge Winery
Taylor Management Systems
Taylor REP
Technical Services Inc
Tecton Industries, Inc.
Temp Associates
Tero International, Inc.
Terracon Consultants, Inc.
The Boeing Company
The Bridge Home
The Iowa Clinic, P.C.
The Overture Group Iowa, LLC
Thomas Mfg. Co., Inc.\R. J.
Thombert, Inc.
Todd & Sargent
Toggle, Inc.
Toyne, Inc.
Tradesmen International
Transamerica
Transworld Business Advisors North
Tri-City Group
Trilix Marketing Group
Trinity Consultants, Inc.
Triplett Enterprises LTD
TrueNorth Companies LLC
TruStage
Turner Construction Company
TurnKey Associates L.C.
Tyson Foods

UFG Insurance
UHY
UNI Advance Iowa
Union Pacific Railroad
United Equipment Accessories, Inc.
United Parcel Service/UPS
United States Gypsum Co. / USG
Universal Industries, Inc.
Universal Printing Services
University of Iowa, Tippie College of Business
University of Northern Iowa Business & Community Services
Upper Iowa University Fayette Campus
Van Diest Supply Company
Van Meter Inc.
VentureNet Iowa
Veridian Credit Union
Verizon Wireless
Vermeer Corporation
Vernon Co.\The
Waldinger Corporation\The
Wapsie Valley Creamery
Weaton Companies
Webspec Design LLC
Weiler
Weitz Company \The
Wellmark Blue Cross & Blue Shield
Wellpoint
Wells Enterprises, Inc.
Wells Fargo Bank Iowa, N.A.
Wells Mfg. Corp.
West Des Moines Chamber of Commerce
Western Iowa Tech Community College
Whitfield & Eddy Law
Wilson Trailer Company
Windstar Lines, Inc
Winnebago Industries, Inc.
Winn-Worth Betco
Wixted & Company
Wolf Carbon Solutions
Women Lead Change

Woodruff Construction, LLC
World Class Industries, Inc.
Xpedition Archery
Yeoman & Company
Zip's
Zirous, Inc.