IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, IOWA BANKERS BENEFIT PLAN, IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, DES MOINES ORTHOPAEDIC SURGEONS PC, and IOWA SPRING MANUFACTURING & SALES COMPANY,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>DOUG OMMEN, in his official capacity as Iowa Insurance Commissioner,<br><br>　　　　　Defendant. | Case No. 4:25-cv-00211-SMR-WPK<br><br>ORDER |

On June 30, 2025, United States District Judge Rebecca Goodgame Ebinger granted Plaintiffs' *ex parte* Motion for Temporary Restraining Order, thereby enjoining Defendant Doug Ommen, in his official capacity as Insurance Commissioner of Iowa, from enforcing Senate File 383 against the named plaintiffs and all members of the above-captioned plaintiff organizations. Judge Ebinger determined, without the benefit of full adversarial proceedings, that Plaintiffs had demonstrated a likelihood of success on the merits of their claims alleging both ERISA preemption and First Amendment violations, and that the balance of equities weighed in favor of granting temporary relief. Under Federal Rule of Civil Procedure 65(b)(2), the temporary restraining order was set to expire fourteen days after entry. The case has since been reassigned to the undersigned.

Due to this reassignment and scheduling conflicts with the Court's current calendar, good cause exists to extend the temporary restraining order. This brief extension will ensure the orderly

administration of justice and provide adequate time for preparation of the preliminary injunction hearing.

IT IS THEREFORE ORDERED that the temporary restraining order entered on June 30, 2025, is hereby EXTENDED until July 21, 2025, at 11:30 a.m.

IT IS FURTHER ORDERED that the hearing on Plaintiffs' Motion for Preliminary Injunction is RESET for Friday, July 18, 2025, at 9:30 a.m. in Courtroom 510 in the United States Courthouse in Des Moines, Iowa. All previously entered briefing deadlines and exhibit requirements remain in effect.

IT IS SO ORDERED.

Dated this 7th day of July, 2025 at 11:30 a.m.

_____
STEPHANIE M. ROSE, CHIEF JUDGE
UNITED STATES DISTRICT COURT