# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa,<br><br>*Defendant.* | Case No. 4:25-cv-211-SMR-WPK<br><br>**DEFENDANT'S UNOPPOSED MOTION FOR LEAVE TO FILE OVERLENGTH OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION** |

Defendant Doug Ommen, in his official capacity as Insurance Commissioner of Iowa, seeks leave of Court to file an overlength opposition to Plaintiffs' motion for a preliminary injunction.

On June 26, 2025, Plaintiffs moved for a preliminary injunction of Senate File 383, which was enacted on June 11. Dkt. 6. On June 30, the Court issued a temporary restraining order, enjoining Defendant's enforcement of the law only as applied to named Plaintiffs. Dkt. 17. Plaintiffs argue that 24 parts of the law are preempted by ERISA and that three of those parts also violate the First Amendment; so Plaintiffs ask the Court to enjoin Defendant's enforcement of the law in full. Dkts. 1, 16.

Defendant consented to Plaintiffs' request to file a 20 extra pages in support of their motion. Plaintiffs were granted leave to file an overlength, 39-page brief in support of their renewed motion. Dkts. 7, 14, 16.

Under Local Rules 7(d) and 7(h), Defendant's opposition to Plaintiffs' motion for a preliminary injunction must not exceed 20 pages in length.

Defendant now requests leave to file an overlength brief to adequately address the pitfalls of each claim Plaintiffs raise and to highlight (1) that Plaintiffs lack standing and cause of action to challenge parts of SF383 that regulate only pharmacy benefit managers; (2) that Plaintiffs'

1

request for facial relief, however described, is overbroad and improper, and (3) that none of the 24 parts of SF383 that Plaintiffs challenge runs afoul of ERISA's preemption clause or the First Amendment. An overlength brief is necessary to fully oppose Plaintiffs' motion.

Defendant's brief is 45 pages, exclusive of the caption, table of contents, table of authorities, and signature blocks, and is attached as Exhibit 1. Also attached as Exhibits 2–8 are Defendant's declarations in support of his opposition.

Plaintiffs consent to Defendant's request.

WHEREFORE, Defendant respectfully requests leave of Court to file his overlength, 45-page opposition to Plaintiffs' motion for a preliminary injunction.

July 7, 2025                                Respectfully submitted,

                                            BRENNA BIRD
                                            Attorney General of Iowa

                                            ERIC WESSAN
                                            *Solicitor General*

                                            */s/ Patrick C. Valencia*
                                            PATRICK C. VALENCIA
                                            *Deputy Solicitor General*

                                            Iowa Department of Justice
                                            Hoover State Office Building
                                            Des Moines, Iowa 50319
                                            (515) 823-9117 / (515) 281-8770
                                            (515) 281-4209 (fax)
                                            eric.wessan@ag.iowa.gov
                                            patrick.valencia@ag.iowa.gov

                                            ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

|  | **PROOF OF SERVICE** |
|---|---|
|  | The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on July 7, 2025: |
|  | ☐ U.S. Mail            ☐ FAX |
|  | ☐ Hand Delivery   ☐ Overnight Courier |
|  | ☐ Federal Express ☐ Other |
|  | ☒ CM/ECF |
|  | Signature: */s/ Patrick C. Valencia* |