# Exhibit 7

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF IOWA**

IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, IOWA BANKERS BENEFIT PLAN, IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, DES MOINES ORTHOPAEDIC SURGEONS PC, and IOWA SPRING MANUFACTURING & SALES COMPANY,

*Plaintiffs*,

v.

DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa,

*Defendant*.

No. 4:25-cv-00211-RGE-WPK

## DECLARATION OF WESLEY C. PILKINGTON IN OPPOSITION TO PLAINTIFFS' MOTION FOR PRELIMINARY INJUNCTION

1. I am Owner and Pharmacist at Evans Crossing Pharmacy, located in Evansdale, Iowa. I am also the President of the Iowa Pharmacy Association.

2. I have direct, first-hand knowledge of how PBM practices affect pharmacies, patients, and healthcare access across all of Iowa.

3. In my professional experience, PBM reimbursement practices and restrictive pharmacy networks have negatively impacted my business and patient care.

4. I make this declaration in support of Defendant Doug Ommen's Opposition to Plaintiffs' Motion for a Preliminary Injunction regarding Senate File 383.

5. Since January 1, 2025, I have been paid below cost on 1085 prescriptions. This only includes the cost of the product and results in an average loss of $7.59 per prescription. If including my cost to dispense the prescription, I have been paid below cost on 14,876 prescriptions

during this time period. This results in an average loss of $6 per prescription.

6. I have been unable to fill prescriptions for employees of the second largest employer in my community (Tyson Fresh Meats) because they are required to use a chain pharmacy by a PBM. As a result, I have personally seen several patients struggle to receive their medications due to transportation issues getting to these pharmacies.

7. I have also had to deal with the difficulty of compensating my pharmacy employees sufficiently when receiving negative reimbursements on a large percentage of medications by PBMs.

8. To my knowledge, my experience is typical of other members of the Iowa Pharmacy Association, including those in rural and underserved areas. Therefore, the Iowa Pharmacy Association strongly supports Senate File 383 which curbs abusive and anticompetitive practices by PBMs and improves access to pharmacies for Iowans.

9. The statements above are true and based on my personal knowledge and professional experience.

10. I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on this 4th day of July, 2025, in Evansdale, Iowa.

_____
Wesley C. Pilkington, PharmD, President, Iowa Pharmacy Association.