# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

|  |  |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, <br><br> IOWA BANKERS BENEFIT PLAN, <br><br> IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, <br><br> DES MOINES ORTHOPAEDIC SURGEONS PC, <br><br> and <br><br> IOWA SPRING MANUFACTURING & SALES COMPANY, <br><br> *Plaintiffs* <br><br> v. <br><br> DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa <br><br> *Defendant* | No. 4:25-cv-00211-SHL-WPK |

## DECLARATION OF PAUL KAROW

Pursuant to 28 U.S.C. § 1746, I, Paul Karow, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am greater than 18 year of age and I am competent to make this declaration.

2. I am employed at I am employed at Wellmark Inc., doing business in Iowa as Wellmark Blue Cross and Blue Shield of Iowa ("Wellmark") as the Vice President, Chief Pharmacy Officer.

3. I make this declaration in support of Plaintiffs' Reply in Support of their Motion for Temporary Restraining Order and Preliminary Injunction. Unless otherwise indicated, all statements in this Declaration are based on my personal knowledge and on information that I acquired in the regular course of performing my business duties.

4. I have reviewed the declaration of Aaron Weise. What he describes of Vivid Clear Rx in Paragraphs 38 and 39 of his Declaration is not unique, at least where Wellmark's members and customers are concerned.

5. Wellmark obtains PBM Services through contract with CVS Caremark, which extends to both Wellmark's fully-insured business and its self-funded customers who choose to procure pharmacy benefit management services through Wellmark's pass-through arrangement.

6. Wellmark has expressly prohibited its PBM from utilizing "spread pricing" since at least 2016.

7. Wellmark's PBM cannot charge Wellmark or Wellmark's self-funded customers more for a prescription drug claim than CVS Caremark has actually paid the Network Pharmacy.

8. Wellmark and its self-funded customers pay a flat administrative fee for services that is separate from drug costs, either in the form of a per claim fee, or an all-inclusive per member per month or per enrolled employee per month fee.

9. Wellmark has expressly required that CVS Caremark pass through 100% of manufacturer rebates (defined broadly) since at least 2016.

10. CVS Caremark is not allowed to retain any portion of rebates connected with Wellmark's fully-insured prescription drug claims or self-funded customers' prescription drug claims.

11. Additionally, Wellmark does not retain any portion of rebates connected with a self-funded customer's prescription drug claims, except in a limited circumstance in which Wellmark has undertaken financial risk to provide a self-funded customer (at the self-funded customer's option) with set, stable guarantees that protects the customer from budget volatility.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 9th day of July, 2025.

*[signature]*
Paul Karow