## UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, | ) ) ) ) |
| IOWA BANKERS BENEFIT PLAN, | ) ) ) ) |
| IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, | ) ) ) ) ) No. 4:25-cv-00211-SHL-WPK |
| DES MOINES ORTHOPAEDIC SURGEONS PC, | ) ) ) ) |
| and | ) ) |
| IOWA SPRING MANUFACTURING & SALES COMPANY, | ) ) ) ) |
| *Plaintiffs,* | ) ) |
| v. | ) ) |
| DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa | ) ) ) ) ) |
| *Defendant.* | ) ) |

**NOTICE OF FILING PLAINTIFFS' EXHIBIT LIST AND EXHIBITS FOR PRELIMINARY INJUNCTION HEARING**

Pursuant to the Court's Order Granting Plaintiffs' Motion for Ex Parte Temporary Restraining Order (ECF No. 17), Plaintiffs Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company (collectively "Plaintiffs") hereby file their exhibit list for the Preliminary Injunction hearing set for July 18,

2025.  The exhibits are attached hereto and Plaintiffs will provide a binder of these exhibits to chambers.

## PLAINTIFFS' EXHIBIT LIST

| Exhibit No. | Description |
|---|---|
| | Plaintiffs may also rely on Declarations and any attachments thereto they submitted with their motion papers, ECF Nos.: |
| | ECF No. 1-1 – Exhibit 1 to Complaint, SF 383 |
| | ECF No. 6-1 – Declaration of Bradley W. Bartle |
| | ECF No. 6-2 – Declaration of Kirk Veenstra |
| | ECF No. 6-3 – Declaration of Paul Karow |
| | ECF No. 39-2 – [Second] Declaration of Kirk Veenstra |
| | ECF No. 39-3– [Second] Declaration of Paul Karow |
| | ECF No. 40 – Sealed Declaration of Chad J. Ellsworth |
| | |
| A | Declaration of Chad J. Ellsworth, Iowa Bankers Insurance and Services, Inc., attesting to Plaintiffs' Exhibits 1, 2, 3, 4, 5, 6, 7, 8 |
| B | Declaration of Amber Jaworski, Vermeer Corporation, attesting to Plaintiffs' Exhibits 9, 10, 11 |
| C | Declaration of Richard Green, Des Moines Orthopaedic Surgeons PC, attesting to Plaintiffs' Exhibits 12, 13, 14, 15, 16 |
| D | Declaration of Lorissa Jorgenson, Iowa Spring Manufacturing & Sales Company, attesting to Plaintiffs' Exhibits 17, 18, 19, 20, 21 |
| E | Declaration of William Gerhard, Iowa Laborers District Council Health & Welfare Trust Fund, attesting to Plaintiffs' Exhibits 22, 23 |
| F | Declaration of Kirk Veenstra, Pella Corporation, attesting to Plaintiffs' Exhibit 24 |
| | |
| 1. | A true and correct copy of the Iowa Bankers Benefit Plan Health Insurance – High Deductible Health Plan information sheet dated January 2025 |
| 2. | A true and correct copy of the Iowa Bankers Benefit Plan Traditional Health Plan vs High Deductible Health Plan Comparison dated October 2022 |
| 3. | A true and correct copy of the Iowa Bankers Benefit Plan Health Insurance – Traditional Plan information sheet dated May 2024 |
| 4. | A true and correct copy of the Enroll with CVS Specialty information sheet |
| 5. | A true and correct copy of the Iowa Bankers Benefit Plan Health Insurance – Plan B PPO – Summary of Benefits and Coverage |
| 6. | A true and correct copy of the Iowa Bankers Benefit Plan Health Insurance – Plan D HDHP – Summary of Benefits and Coverage |
| 7. | A true and correct copy of the Iowa Bankers Benefit Plan Group Health Plan – Plan B PPO – Summary Plan Description |
| 8. | A true and correct copy of the Iowa Bankers Benefit Plan Group Health Plan – Plan D HDHP – Summary Plan Description |

| Exhibit No. | Description |
|---|---|
| 9. | A true and correct copy of the Vermeer Manufacturing Health and Welfare Benefit Plan Prescription Drug Program Description dated effective January 1, 2025 |
| 10. | A true and correct copy of the Vermeer Manufacturing Health and Welfare Benefit Plan – HDHP Blue HMO – Prescription Drug Program Description dated effective January 1, 2025 |
| 11. | A true and correct copy of the Vermeer Manufacturing Health and Welfare Benefit Plan 2025 Benefit and Enrollment |
| 12. | A true and correct copy of the Vivid Clear Rx Pharmacy Benefits information sheet provided to members of the DMOS Health Care Plan |
| 13. | A true and correct copy of the DMOS Health Care Plan – Plan Document and Summary Plan Description dated January 1, 2025 |
| 14. | A true and correct copy of the DMOS Health Care Plan – Bronze $6,000 HDHP – Summary of Benefits and Coverage |
| 15. | A true and correct copy of the DMOS Health Care Plan – Gold $4,000 – Summary of Benefits and Coverage |
| 16. | A true and correct copy of the DMOS Health Care Plan – Fairos Open Access Gold $4,000 – Summary of Benefits and Coverage |
| 17. | A true and correct copy of the Iowa Spring Manufacturing Traditional Plan 1 PPO Coverage Manual effective January 1, 2025 |
| 18. | A true and correct copy of the Iowa Spring Manufacturing Traditional Plan 2 PPO Coverage Manual effective January 1, 2025 |
| 19. | A true and correct copy of the Iowa Spring Manufacturing Traditional Plan HDHP PPO Coverage Manual effective January 1, 2025 |
| 20. | A true and correct copy of the Iowa Spring Manufacturing Traditional Plan 3 HMO Coverage Manual effective January 1, 2025 |
| 21. | A true and correct copy of the Iowa Spring Manufacturing Traditional Plan 2 PPO Summary of Benefits and Coverage |
| 22. | A true and correct copy of the Iowa Laborers Benefit Design information sheet |
| 23. | A true and correct copy of the Iowa Laborers Simple Summary Schedule and Eligibility Requirements dated January 2025 |
| 24. | A true and correct copy of the Pella Corporation Prescription Drug Benefit Plan – Plan Document and Summary Plan Description effective January 1, 2025 |

July 10, 2025

Respectfully submitted,

  */s/ Anthony F. Shelley*
Anthony F. Shelley (*pro hac vice* admission)
Joanne Roskey (*pro hac vice* admission)
DeMario M. Carswell (*pro hac vice* admission)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St., NW
Washington, DC  20006
Telephone:  (202) 626-5800
Email:  ashelley@milchev.com

Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 East Court Ave., Suite 420
Des Moines, IA  50309
Telephone:  (515) 978-1140
Email:  ryan@koopmansgroup.com

*Counsel for Plaintiffs Iowa Association of Business and Industry, Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons PC, and Iowa Spring Manufacturing & Sales Company*

## CERTIFICATE OF SERVICE

I hereby certify that on July 10, 2025, I electronically filed the foregoing with the Clerk of Court using the CM/ECF System, which will send notice of such filing to the following registered CM/ECF users:

Eric H. Wessan
Patrick C. Valencia
Iowa Department of Justice
1305 E. Walnut Street
Des Moines, IA 50319
515-823-9117 (E. Wessan)
515-281-8770 (P. Valencia)
Email: eric.wessan@ag.iowa.gov
Email: patrick.valencia@ag.iowa.gov

*Counsel for Defendant*

                                                                 */s/ Anthony F. Shelley*