# EXHIBIT F

UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY,<br><br>IOWA BANKERS BENEFIT PLAN,<br><br>IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND,<br><br>DES MOINES ORTHOPAEDIC SURGEONS PC,<br><br>and<br><br>IOWA SPRING MANUFACTURING & SALES COMPANY,<br><br>    *Plaintiffs*<br><br>v.<br><br>DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa<br><br>    *Defendant* | No. 4:25-cv-00211-SHL-WPK |

**DECLARATION OF KIRK VEENSTRA**

    Pursuant to 28 U.S.C. § 1746, I, Kirk Veenstra, declare under penalty of perjury under the laws of the United States of America as follows:

    1.    I am greater than 18 years of age and I am competent to make this declaration.

    2.    I am employed at Pella Corporation as Sr. Benefits Manager.

    3.    I make this declaration to include as an exhibit in support of the hearing on Plaintiffs' Motion for Preliminary Injunction. *See* ECF No. 17. Unless otherwise indicated, all

Plaintiffs' Ex. F

statements in this Declaration are based on my personal knowledge and on information that I acquired in the regular course of performing my business duties.

4.   In my role as Sr. Benefits Manager, I am familiar with the files and records maintained with respect to Pella Corporation's benefit plans in the ordinary course of business.

5.   Attached hereto as **Exhibit 24** is a true and correct copy of the Pella Corporation Prescription Drug Benefit Plan – Plan Document and Summary Plan Description effective January 1, 2025.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 10th day of July, 2025.

_____
Kirk Veenstra