# UNITED STATES DISTRICT COURT FOR THE
# SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, <br><br> IOWA BANKERS BENEFIT PLAN, <br><br> IOWA LABORERS DISTRICT COUNCIL HEALTH AND WELFARE FUND, <br><br> DES MOINES ORTHOPAEDIC SURGEONS PC, <br><br> and <br><br> IOWA SPRING MANUFACTURING & SALES COMPANY, <br><br> *Plaintiffs* <br><br> v. <br><br> DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa <br><br> *Defendant* | No. 4:25-cv-00211-SMR-WPK |

## SUPPLEMENTAL DECLARATION OF BRADLEY W. BARTLE

Pursuant to 28 U.S.C. § 1746, I, Bradley W. Bartle, declare under penalty of perjury under the laws of the United States of America as follows:

1. I am greater than 18 year of age and am competent to make this declaration.

2. I am employed at Wellmark Inc., doing business in Iowa as Wellmark Blue Cross and Blue Shield of Iowa ("Wellmark") as Vice President and Chief Actuary.

3. I previously made a declaration in this matter on behalf of Wellmark in support of Plaintiffs' Motion for Temporary Restraining Order and Preliminary Injunction, entitled Declaration of Bradley W. Bartle, filed in this case on July 26, 2025. ECF No. 6-1.

4. I make this declaration to supplement my previous declaration (ECF No. 6-1), which contained an inadvertent error in the information provided in ¶ 21.

5. In my prior declaration, I generally (in ¶¶ 16-21) outlined the estimated costs of various provisions in SF 383 both to benefit plans and to enrollees. Paragraph 21 likewise was intended to do the same with respect to the costs of the appeal provisions in SF 383. However, in the editing process, I inadvertently referenced in ¶ 21 just "Benefit plan costs" and then included the figures just for enrollee costs. Paragraph 22, in its total of all costs for both benefit plans and enrollees, did include the separate figures for each associated with the appeal provisions that should have been included in ¶ 21.

6. A corrected and accurate paragraph to replace the data in ¶ 21 is as follows:

> Enrollee costs associated with SF 383 provisions relating to the PBM appeal process are estimated to increase for Wellmark insured and/or administered self-funded plans per year between $6 million to $7.7 million, resulting in an average per Enrollee per year increase in cost of between $7.47 and $9.59. Additionally, benefit plan costs associated with SF 383 provisions relating to the PBM appeal process to are estimated to increase for Wellmark insured and/or administered self-funded plans per year between $4.4 million to $5.6 million, resulting in an average per Enrollee per year increase in cost of between $5.48 and $6.97.

I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.

Executed on this 16th day of July, 2025.

_____
Bradley W. Bartle