## United States District Court for the Southern District of Iowa

Presiding: Honorable Stephanie M. Rose, Chief U.S. District Judge

Case No. 4:25-cv-00211-SMR-WPK : Clerk's Court Minutes – Preliminary Injunction Hearing

| Plaintiff(s) | Defendant(s) |
|---|---|
| Iowa Association of Business and Industry | Iowa Insurance Commissioner |

Plaintiff(s) Counsel: Ryan Gene Koopmans, Anthony F. Shelley

Defendant(s) Counsel: Eric H. Wessan, Patrick Cannon Valencia

Court Reporter: Kelli Mulcahy : Interpreter: N/A

| Motion(s) for Ruling: | Ruling | / | Ruling Reserved |
|---|---|---|---|
| Motion for Preliminary Injunction [6] | | : | X |

Proceedings:

Court and counsel are present for a motion hearing. Roll call taken. 9:30 AM Argument by Plaintiff. 10:27 AM Court in recess. 10:39 AM Argument by defendant. 11:58 AM Court in recess. 12:14 PM Rebuttal by plaintiff. 12:29 PM Court hold colloquy with parties. 12:30 PM Court takes matter under advisement. Adjourn.

Order to follow.

Time Start: 9:28 AM
Time End: 12:30 PM
Date: July 18, 2025

/s/ Penny Luthens
Deputy Clerk