IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA
CENTRAL DIVISION

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*, <br><br> *Plaintiffs*, <br><br> v. <br><br> DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa, <br><br> *Defendant*. | Case No. 4:25-cv-211-SMR-WPK <br><br> **DEFENDANT'S NOTICE REGARDING EXPECTED TIMING OF BULLETIN ISSUANCE** |

Counsel for Defendant Doug Ommen, in his official capacity as Insurance Commissioner of Iowa, notifies the Court regarding the Commissioner's expected timing of guidance issuance.

At today's hearing on Plaintiffs' motion for preliminary injunction, the Court inquired as to what guidance the Commissioner will provide plans, PBMs, and pharmacies given Senate File 383's requirements.

Counsel informed the Court that the Commissioner gives guidance on insurance regulation through Bulletins. Counsel also reported that since SF383's enactment, the Commissioner had begun drafting a Bulletin to provide guidance to regulated entities on SF383. The Court asked counsel whether that Bulletin would be issued by Monday, July 21 at 11:30 a.m. when the present TRO is set to expire. Counsel was not able to answer with certainty at that time.

To the best of counsel's knowledge at this time, the Bulletin will not be ready for publication before Monday July 21 at 11:30 a.m.

1

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
*Solicitor General*

*/s/ Patrick C. Valencia*
PATRICK C. VALENCIA
*Deputy Solicitor General*

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
|---|
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on July 18, 2025: |
| ☐ U.S. Mail          ☐ FAX |
| ☐ Hand Delivery      ☐ Overnight Courier |
| ☐ Federal Express    ☐ Other |
| ☒ CM/ECF |
| Signature: */s/ Patrick C. Valencia* |