# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF IOWA
# CENTRAL DIVISION

| | |
|---|---|
| IOWA ASSOCIATION OF BUSINESS AND INDUSTRY, *et al.*,<br><br>*Plaintiffs*,<br><br>v.<br><br>DOUG OMMEN, in his official capacity as Insurance Commissioner of Iowa,<br><br>*Defendant*. | Case No. 4:25-cv-211-SMR-WPK<br><br>**JOINT MOTION TO STAY DISTRICT COURT PROCEEDINGS PENDING APPEAL** |

Defendant Doug Ommen, in his official capacity as Insurance Commissioner of Iowa, and Plaintiffs Iowa Association of Business and Industry ("ABI"), Iowa Bankers Benefit Plan, Iowa Laborers District Council Health and Welfare Fund, Des Moines Orthopaedic Surgeons, P.C., and Iowa Spring Manufacturing & Sales Company respectfully move the Court for an order staying further district court proceedings pending the resolution of Defendant's appeal of the Court's order granting Plaintiffs' motion for a preliminary injunction and Plaintiffs' cross-appeal of the parts of the Court's order denying the motion for preliminary injunction. In support of the motion to stay, the Parties state as follows:

1. Plaintiffs filed suit on June 23, 2025, then moved for temporary restraining order and preliminary injunction on June 26. Dkts. 1, 6.

2. The Court granted a Temporary Restraining Order on June 30, 2025, which ultimately extended until 11:30 a.m. on July 21. Dkts. 7, 22.

3. The Court held a hearing on the motion for a preliminary injunction on July 18. Dkt. 52.

4. On July 21, the Court granted in part and denied in part Plaintiffs' motion for a preliminary injunction. Dkt. 54.

5. Defendant Ommen timely filed his notice of appeal to the United States Court of Appeals for the Eighth Circuit on July 25, 2025. Dkt. 56.

6. The appeal is currently docketed as *Iowa Association of Business and Industry, et al. v. Iowa Insurance Commissioner*, No. 25-2494 (8th Cir.).

7. Plaintiffs timely filed their notice of cross-appeal to the United States Court of Appeals for the Eighth Circuit on August 7, 2025. Dkt. 60.

8. The cross-appeal is currently docketed as *Iowa Association of Business and Industry, et al. v. Iowa Insurance Commissioner*, No. 25-2591 (8th Cir.).

9. The Parties anticipate that the issues raised on appeal and cross-appeal will include: (1) ERISA preemption; (2) the First Amendment; (3) justiciability; and (4) the scope of preliminary injunctive relief. The Eighth Circuit will now have the opportunity on appeal to weigh in on potentially controlling legal standards.

10. In the meantime, Defendant's enforcement of Senate File 383 is enjoined in part, as to Plaintiffs, Plaintiff ABI's 600+ member businesses, and the 40 contractors and agents Plaintiffs (and ABI's members) use for health benefit plan administration. Dkts. 19, 54, 55.

11. Moving forward with any further district court proceedings, including an answer or motion to dismiss, without the presently expected appellate guidance could lead to significant duplication of efforts.

12. In the interest of judicial economy and efficiency, the Parties request a stay of further case proceedings until their appeals have been resolved.

13. The Parties' counsel certify that this motion is made in good faith and not for the purposes of delay.

WHEREFORE, the Parties respectfully request their motion be granted and that the Court stay further district court proceedings until the Parties' appeals have been resolved.

Respectfully submitted,

BRENNA BIRD
Attorney General of Iowa

ERIC WESSAN
Solicitor General

/s/ *Patrick C. Valencia*
PATRICK C. VALENCIA
Deputy Solicitor General

Iowa Department of Justice
Hoover State Office Building
Des Moines, Iowa 50319
(515) 281-5164 / (515) 281-8770
(515) 281-4209 (fax)
eric.wessan@ag.iowa.gov
patrick.valencia@ag.iowa.gov

ATTORNEYS FOR DEFENDANT

    */s/ Ryan G. Koopmans*
Ryan G. Koopmans
KOOPMANS LAW GROUP, LLC
500 East Court Ave., Suite 420
Des Moines, IA  50309
Telephone: (515) 978-1140
Email: ryan@koopmansgroup.com

Anthony F. Shelley (*pro hac vice* admission)
Joanne Roskey (*pro hac vice* admission)
DeMario M. Carswell (*pro hac vice* admission)
MILLER & CHEVALIER CHARTERED
900 Sixteenth St., NW
Washington, DC  20006
Telephone:  (202) 626-5800
Email: ashelley@milchev.com

    ATTORNEYS FOR PLAINTIFFS

*Original filed electronically.*
*Copy electronically served on all parties of record.*

| PROOF OF SERVICE |
| --- |
| The undersigned certifies that the foregoing instrument was served on counsel for all parties of record by delivery in the following manner on August 18, 2025: |
| ☐ U.S. Mail     ☐ FAX<br>☐ Hand Delivery     ☐ Overnight Courier<br>☐ Federal Express     ☐ Other<br>☒ CM/ECF |
| Signature: */s/ Patrick C. Valencia* |